# Court of Appeals
# of the State of Georgia

ATLANTA,   October 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0316. TRAVELERS INDEMNITY COMPANY v. COLISEUM MEDICAL CENTER, LLC et al.**
**A12I0317.  LIBERTY  MUTUAL  INSURANCE  COMPANY  v.  COLISEUM MEDICAL CENTER, LLC. et al.**

Travelers Indemnity Company, Liberty Mutual Insurance Company, Builders Insurance, and Aetna Workers' Comp Access, LLC filed four separate applications seeking interlocutory review of the trial court's order denying their motions to dismiss.  We granted the applications of Aetna and Builders, see A12I0310 and A12I0313, but dismissed as untimely the applications of Travelers and Liberty Mutual because it appeared that those applications were filed more than ten days after entry of the certificate of immediate review.

Travelers and Liberty Mutual now seek reconsideration of our dismissal of their applications.  They direct our attention to an "amended" certificate of immediate review that the trial court entered three days after the original certificate of immediate review, and they point out that their applications were timely from the entry date of this amended certificate.[1]  Pretermitting whether a trial court has the authority to amend a certificate of immediate review, we apply the principle that substance controls over nomenclature, see *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010), and we construe the "amended" certificate simply as a second certificate of immediate review granted at the behest of Travelers and Liberty Mutual.  Because

---

[1] Although Travelers and Liberty Mutual included this amended certificate with their applications, they placed it *behind* the original certificate without its own tab so that it was not readily accessible.

those parties' applications for interlocutory appeal were indeed timely from the second certificate, we hereby GRANT the instant motions for reconsideration. We also VACATE our previous order dismissing the applications and REINSTATE them. And because we have already granted the related applications of Aetna and Builders, we hereby GRANT these applications as well.

Travelers and Builders shall have ten days from the date of this order to file notices of appeal in the trial court. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 10/25/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*